**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Martin Apparatus, Inc.

Appellate case number:   01-14-00212-CV

Trial court case number:  2013-04483

Trial court:                        151st District Court of Harris County

On March 13, 2014, Relator Martin Apparatus, Inc. filed Relator's Emergency Opposed Motion to Stay Litigation Proceedings and Discovery.  The motion is **DENIED**.

It is so ORDERED.

Judge's signature: ____/s/Rebeca Huddle
                       X  Acting individually      ☐  Acting for the Court

Date:  March 14, 2014